**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| **ANDREA MCCREA,**<br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**NATIONAL PRESTO INDUSTRIES, INC.,**<br>Defendant. | : | **Case No.: 3:25-cv-00541** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Andrea McCrea, ("Plaintiff") hereby files her Notice of Voluntary Dismissal of her claims against Defendant National Presto Industries, Inc., without prejudice.

Dated: April 09, 2026

Respectfully submitted,

*/s/ Leigh S. Montgomery*
Leigh S. Montgomery*
ELLZEY KHERKHER SANFORD
MONTGOMERY, LLP
4200 Montrose Blvd., Suite 200
Houston, TX 77006
Tel: (888) 350-3931
service@eksm.com

*/s/ Nickolas J. Hagman*
Nickolas J. Hagman (Bar No. 1085424)
CAFFERTY CLOBES MERIWETHER
& SPENGEL, LLP
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Tel: (312) 782-4880
nhagman@caffertyclobes.com

*Counsel for Plaintiffs and the Proposed Class*

*(denotes appearing pro hac vice)*

**<u>CERTIFICATE OF SERVICE</u>**

I, Leigh S. Montgomery, the undersigned, certify that on the date below, a true and correct copy of the foregoing was served upon all counsel of record via the Court's ECF system.

Dated: April 09, 2026

*<u>/s/ Leigh S. Montgomery</u>*
Leigh S. Montgomery